**Order filed September 28, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00523-CV
_____

**JULIA ADAMS, Appellant**

**V.**

**HOUSTON EVICTIONS FOR JANET TUCKER, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1093251**

---

## ORDER

No reporter's record has been filed in this case. The official court reporter for the County Civil Court at Law No. 2 informed this court that appellant had not requested the reporter's record. On July 10, 2017, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court a request as well as payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM